Richard A. ENCH, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 14462.

United States Court of Appeals Third Circuit.

Argued Dec. 13, 1963.

Decided Jan. 17, 1964.

Anthony R. Amabile, Paterson, N. J., for petitioner.

Robert J. Golten, Dept. of Justice, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Joseph Kovner, Attys., Department of Justice, Washington, D. C., on the brief), for respondent.

Before BIGGS, Chief Judge, and McLAUGHLIN and KALODNER, Circuit Judges.

PER CURIAM.

We can perceive no error in the findings of fact and conclusions of law of the Tax Court. Accordingly, its decision will be affirmed.

Don P. BROWN, Appellant,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

Thomas SEMPLE, Appellant,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

Nos. 14446, 14473.

United States Court of Appeals Third Circuit.

Argued Dec. 9, 1963.

Decided Jan. 17, 1964.

Jack Brian, Upper Darby, Pa., for appellant.

John F. Cramp, Media, Pa. (George J. McConchie, Cramp & D'Iorio, Media, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and McLAUGHLIN and KALODNER, Circuit Judges.

PER CURIAM.

The record in this case discloses no error in its trial or disposition. A careful review of the arguments of the appellants discloses that they are lacking in merit. Accordingly, the judgment will be affirmed.